

# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 23, 2015

No. 04-14-00571-CR

Lawrence Steele **TERRILL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 10-04-10391-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The State's brief was originally due to be filed with this court on January 12, 2015. We granted the State's first motion for an extension of time to file the brief until February 11, 2015. On February 20, 2015, the State filed its second motion for extension of time to file its brief. It requested a thirty-day extension for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than March 13, 2015. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court